

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GERALDINE DANIELS, )<br>SHENEKA FRIESON on behalf of )<br>GABRYELLA MCCRAW, A MINOR, )<br>KIMBERLY TURNER, and )<br>MARY WILLIAMS, )<br>　　　　)<br>　　PLAINTIFFS, )<br>　　　　)<br>v.　　　　)<br>　　　　)<br>DCH HEALTHCARE AUTHORITY, )<br>d/b/a DCH HEALTH SYSTEM, )<br>　　　　)<br>　　DEFENDANT. ) | Case No. 7:19-cv-02086-LSC<br><br>Honorable L. Scott Coogler |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Geraldine Daniels, Sheneka Frieson, Gabrulla McCraw, Kimberly Turner, and Mary Williams, voluntarily dismiss this action in its entirety without prejudice, with each party to bear their own attorneys' fees and costs.

Dated: April 9, 2020

Respectfully submitted,

/s/ *Gary M. Klinger*

Taylor C. Bartlett
W. Lewis Garrison, Jr.
**HENINGER GARRISON DAVIS**
2224 1st Avenue North
Birmingham, AL 35203
205-326-3336
taylor@hgdlawfirm.com
wlgarrison@hgdlawfirm.com

**MASON LIETZ & KLINGER, LLP**
Gary M. Klinger (*pro hac vice*)
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Phone: 312.283.3814
gklinger@masonllp.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was electronically filed on April 8, 2020, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Gary M. Klinger*

Gary M. Klinger