# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| GERALDINE DANIELS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 7:19-cv-02086-LSC |
| ) | |
| DCH HEALTHCARE ) | |
| AUTHORITY, d/b/a DCH ) | |
| HEALTH SYSTEM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This Court acknowledges receipt of the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (doc. 21) filed on April 9, 2020.  Accordingly, the case is DISMISSED WITHOUT PREJUDICE, and costs are taxed as paid.

**DONE** and **ORDERED** on April 10, 2020.

L. Scott Coogler
United States District Judge

199335